1  James P. McCarthy *(pro hac vice)*
2  Michael Olafson *(pro hac vice)*
   James M. Lockhart *(pro hac vice)*
3  DeAnne M. Hilgers *(pro hac vice)*
   John C. Ekman *(pro hac vice)*
4  Lindquist & Vennum P.L.L.P.
   4200 IDS Center
5  80 South 8th Street
   Minneapolis, MN 55402
6  Telephone:  (612) 371-3211
7  Facsimile:  (612) 371-3207
   Email:  jmccarthy@lindquist.com
8  Email:  molafson@lindquist.com
   Email:  jlockhart@lindquist.com
9  Email:  dhilgers@lindquist.com
   Email:  jekman@lindquist.com
10

11 James J. Ficenec (SBN – 152172)
   Sellar Hazard Manning Ficenec & Lai
12 1800 Sutter Street, Ste. 460
   Concord, CA 94520
13 Telephone:  (925) 938-1430
   Facsimile:  (925) 926-7508
14 Email:  jficenec@sellarlaw.com
15
   Counsel for Plaintiff, Wells Fargo Bank, N.A.
16

17 Kent A. Gardiner
   Kathryn D. Kirmayer
18 Jerome A. Murphy
   David D. Cross
19 Matthew J. McBurney
   Bethany A. Wimsatt
20 Crowell & Moring, LLP
   1001 Pennsylvania Avenue N.W.
21 Washington, DC  20004-2595
   Telephone:  (202) 624-2500
22 Facsimile:  (202) 628-5116
23 Email:  kgardiner@crowell.com
   Email:  kkirmayer@crowell.com
24 Email:  jmurphy@crowell.com
   Email:  dcross@crowell.com
25 Email:  mmcburney@crowell.com
26 Email:  bwimsatt@crowell.com

27

28

Stipulated ~~Proposed~~ Order for Motion for Leave to Depose Prisoners Pursuant to Fed. R. Civ. P. 30(a)
C07-01381-PJH

Doc# 2451097\1

Daniel A. Sasse
Theresa C. Lopez
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:  949-263-8400
Facsimile:  949-263-8414
Email:  dsasse@crowell.com
Email:  tlopez@crowell.com

Counsel for Plaintiffs All American
Semiconductor, Inc., Edge Electronics, Inc.,
Unisys Corporation, Sun Microsystems, Inc.
and Jaco Electronics, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC. v. HYNIX SEMICONDUCTOR, INC., et al (Case No. C06-01665 PJH) | Case No. C06-01665 PJH (Consol.) Case No. C06-02915 PJH Case No. C07-01200 PJH Case No. C07-01207 PJH |
| UNISYS CORPORATION v. HYNIX SEMICONDUCTOR, INC. et al., (Case No. C06-02915) | Case No. C07-01212 PJH Case No. C07-01381-PJH |
| ALL AMERICAN SEMICONDUCTOR, INC. v. HYNIX SEMICONDUCTOR, INC., et al. (Case C07-01200) | |
| EDGE ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC. et al (Case C07-01207 PJH) | **STIPULATED** ~~PROPOSED~~ **ORDER FOR LEAVE TO DEPOSE PRISONERS PURSUANT TO FED. R. CIV. P. 30(a)** |
| JACO ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., et al (Case No. C07-01212 PJH) | |
| DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WELLS FARGO BANK, N.A. v. HYNIX SEMICONDUCTOR et al. (Case No. C07-01381 PJH) | |

Plaintiffs moved in these cases for an order to take the depositions of three individuals

2

Stipulated ~~Proposed~~ Order for Motion for Leave to Depose Prisoners Pursuant to Fed. R. Civ. P. 30(a)
C07-01381-PJH

Doc# 2451097\1

incarcerated at USP Lompoc.  Defendants Samsung Electronics Co. and Samsung Semiconductor Inc. were the only defendants to respond to that motion.

Based on the stipulation of counsel for the plaintiffs and counsel for Samsung Electronics Co. and Samsung Semiconductor Inc., and on all of the files and records herein, concerning plaintiffs' motion for an order to permit the oral depositions of prisoners Young Hwan Park and Il Ung Kim pursuant to Fed. R. Civ. P. 30(a):

**IT IS HEREBY ORDERED** that Plaintiffs may take the oral depositions of Young Hwan Park and Il Ung Kim at USP Lompoc at a time and date to be scheduled by parties, with plaintiffs completing arrangements for the depositions to be made with USP Lompoc staff;

**IT IS FURTHER ORDERED** that, consistent with the agreement of the parties, defendants Samsung Electronics Co. and Samsung Semiconductor Inc. shall produce Young Woo Lee, at Samsung's expense, in the United States for deposition prior to December 17, 2007, following his release from USP Lompoc, at a date and location mutually agreed upon by the parties.

In connection with this stipulation, the parties reserve all rights with respect to issues relating to witness attire, adequate preparation of Mr. Kim or Mr. Park, and ultimate admissibility of testimony or any videotape.

BY THE COURT:

Dated: __ October 26, 2007 _____

By _____
The Honorable Joseph C. Spero
United States Magistrate Judge



3

Doc# 2451097\1