1  Donald R. Harris (admitted *pro hac vice*) dharris@jenner.com
   Terrence J. Truax (admitted *pro hac vice*) ttruax@jenner.com
2  Norman M. Hirsch (admitted *pro hac vice*) nhirsch@jenner.com
   Gabriel A. Fuentes (admitted *pro hac vice*) gfuentes@jenner.com
3  Margaret J. Simpson (admitted *pro hac vice*) msimpson@jenner.com
4  JENNER & BLOCK LLP
   330 North Wabash Avenue
5  Chicago, IL 60611
   Telephone: (312) 222-9350
6  Facsimile: (312) 527-0484

7  Kenneth E. Keller kkeller@kksrr.com
   Michael D. Lisi mlisi@kksrr.com
8  KREIG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
9  San Francisco, CA 94104
10 Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
11
   Attorneys for Defendants
12 Mitsubishi Electric Corporation and
   Mitsubishi Electric & Electronics USA, Inc.
13

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., | CASE NO. C 07-01200 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL [AND ORDER] AS TO MITSUBISHI DEFENDANTS PURSUANT TO RULE 41(a)(2)** |
| v. | |
| HYNIX SEMICONDUCTOR, INC. ET AL., | |
| Defendants. | |

The Parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc., with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

Dated: November 9, 2007          CROWELL & MORING LLP

                                 By: _____
                                     Kent A. Gardiner
                                     Kathryn D. Kirmayer
                                     Jerome A. Murphy
                                     Daniel A. Sasse
                                     Christine E. Cwiertny

                                 *Attorneys for Plaintiff All American Semiconductor, Inc.*

Dated: November 9, 2007          JENNER & BLOCK LLP

                                 By: _____
                                     Donald R. Harris
                                     Terrence J. Truax
                                     Norman M. Hirsch
                                     Gabriel A. Fuentes
                                     Margaret J. Simpson

                                 KRIEG KELLER SLOAN REILLEY & ROMAN LLP

                                     Kenneth E. Keller
                                     Michael D. Lisi

                                 *Attorneys for Defendants Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.*

Good cause appearing, it is <u>SO ORDERED</u>.

Dated: 11/16/07                  _____
                                 Phyllis J. Hamilton
                                 United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

STIPULATION OF DISMISSAL AS TO MITSUBISHI DEFENDANTS
CASE NO. C 07-01200 PJH