| | |
|---|---|
| 1 | Kent A. Gardiner (*pro hac vice*) |
|   | Kathryn D. Kirmayer (*pro hac vice*) |
| 2 | Jerome A. Murphy (*pro hac vice*) |
|   | David D. Cross (*pro hac vice*) |
| 3 | Matthew J. McBurney (*pro hac vice*) |
|   | CROWELL & MORING LLP |
| 4 | 1001 Pennsylvania Avenue, N.W. |
|   | Washington, D.C. 20004-2595 |
| 5 | Telephone: 202-624-2500 |
|   | Facsimile: 202-628-5116 |
| 6 | E-mail: kgardiner@crowell.com |
|   |   kkirmayer@crowell.com |
| 7 |   jmurphy@crowell.com |
|   |   dcross@crowell.com |
| 8 |   mmcburney@crowell.com |
| 9 | Daniel A. Sasse (CA Bar No. 236234) |
|   | Theresa C. Lopez (CA Bar No. 205338) |
| 10 | Christine E. Cwiertny (CA Bar No. 222098) |
|   | CROWELL & MORING LLP |
| 11 | 3 Park Plaza, 20th Floor |
|   | Irvine, CA 92614-8505 |
| 12 | Telephone: 949-263-8400 |
|   | Facsimile: 949-263-8414 |
| 13 | E-mail: dsasse@crowell.com |
|   |   tlopez@crowell.com |

*Counsel for Jaco Electronics, Inc., and All American Semiconductor, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01212 PJH) | Case No. C 07-01200 PJH<br>Case No. C 07-01212 PJH |
| *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01200 PJH) | **STIPULATION AND [PROPOSED] ORDER BETWEEN PLAINTIFFS AND MICRON DEFENDANTS EXTENDING DATE TO FILE MOTIONS TO COMPEL DISCOVERY** |

STIPULATION AND [PROPOSED] ORDER BETWEEN PLAINTIFFS AND MICRON DEFENDANTS EXTENDING
DATE TO FILE MOTIONS TO COMPEL DISCOVERY
CASES C07-01200PJH & C07-01212PJH

# **STIPULATION**

This Stipulation is entered into between Plaintiffs and Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron") in the *All-American* and *Jaco* actions, and is made with regard to the following facts:

WHEREAS, the deadline for completion of fact discovery in the above captioned actions was December 17, 2007;

WHEREAS, recently served discovery responses and depositions have given rise to a number of discovery disputes;

WHEREAS, counsel for Plaintiffs and Micron are still engaged in the process of trying to resolve these disputes;

WHEREAS, because of the holidays, counsel for Plaintiffs and Micron will not be able to complete the process of trying to resolve the disputes and have time, if necessary, to file motions to compel within the time required by Local Rule 26-2 concerning discovery issues already raised by the parties in meet and confer communications.

NOW THEREFORE, PLAINTIFFS AND MICRON, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE to the Court entering the attached Proposed Order.

DATED: December 27, 2007     CROWELL & MORING LLP

　　　　　　　　　　　　　　　　  */s/ David D. Cross*

　　　　　　　　　　　　　　　Jerome A. Murphy *(pro hac vice)*
　　　　　　　　　　　　　　　David D. Cross *(pro hac vice)*
　　　　　　　　　　　　　　　1001 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20004-2595

　　　　　　　　　　　　　　　Daniel A. Sasse (CA Bar No. 236234)
　　　　　　　　　　　　　　　Theresa Lopez (CA Bar No. 205338)
　　　　　　　　　　　　　　　3 Park Plaza, 20th Floor
　　　　　　　　　　　　　　　Irvine, CA 92614-8505

　　　　　　　　　　　　　　　*Counsel for Plaintiffs Jaco Electronics, Inc., and All American Semiconductor, Inc.*

DATED:  December 27, 2007    GIBSON, DUNN & CRUTCHER LLP

/s/ Joshua Hess
Joel S. Sanders, Esq.
G. Charles Nierlich, Esq.
Joshua Hess, Esq.
Michael Cecchini, Esq.
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Suite 3100
San Francisco, CA  94104
Telephone:   (415) 393-8200
Facsimile:   (415) 986-5309

*Counsel for Defendants
Micron Technology, Inc. and
Micron Semiconductor Products, Inc.*

I hereby attest that I will maintain on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

/s/ Christine E. Cwiertny

1 **[~~PROPOSED~~] ORDER**

2 The Court hereby ORDERS:

3     1. That Plaintiffs and the Micron Defendants shall have until January 18, 2008, to file motions to compel with respect to fact discovery disputes that are then still outstanding and that were raised in meet and confer communications by December 27, 2007.

**IT IS SO ORDERED.**

Dated: 1/4/08

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*