UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALL AMERICAN SEMICONDUCTOR,
INC.,

        Plaintiff,              No. C 07-1200 PJH

   v.                       **ORDER**

HYNIX SEMICONDUCTOR, INC.,
et al.,

        Defendants.
_____/

This Document Also Relates to:

Jaco Electronics v. Hynix et al., C 07-1212 PJH
DRAM Claims Liquidation Trust v. Hynix et al., C 07-1381 PJH

_____/

Before the court is entity defendant NEC's motion for relief from the Civil L.R. 26-2 deadline for filing motions to compel, and plaintiffs' opposition thereto. Given, however, that the motion implicates Magistrate Judge Spero's procedures for bringing motions to compel discovery, as well as final resolution of the parties' surrounding discovery disputes, the court hereby instructs the parties to direct the matter to Magistrate Judge Spero. If Judge Spero finds that defendant NEC's motion to compel is warranted, he may hear the motion, notwithstanding the fact that the deadline for doing so under Civil L.R. 26-2 has passed.

**IT IS SO ORDERED.**

Dated: January 10, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge