1  Jerome A. Murphy *(pro hac vice)*
   David D. Cross *(pro hac vice)*
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C.  20004-2595
   Telephone:   202-624-2500
4  Facsimile:   202-628-5116
   E-mail:      jmurphy@crowell.com
5               dcross@crowell.com

6  Daniel A. Sasse (CA Bar No. 236234)
   Theresa C. Lopez (CA Bar No. 205338)
7  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
8  Irvine, CA  92614-8505
   Telephone:   949-263-8400
9  Facsimile:   949-263-8414
   E-mail:      dsasse@crowell.com
10              tlopez@crowell.com

11  *Counsel for Plaintiff All American Semiconductor, Inc.*

12

13              **UNITED STATES DISTRICT COURT**

14  **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

15

16  ALL AMERICAN SEMICONDUCTOR,          )   Case No. C 07-01200 PJH
    INC.                                 )
17                                       )
                                         )
18         Plaintiff,                    )   **STIPULATION OF DISMISSAL**
                                         )   **[AND ORDER] AS TO MOSEL**
19  v.                                   )   **DEFENDANTS PURSUANT TO**
                                         )   **RULE 41(a)(2)**
19  HYNIX SEMICONDUCTOR, INC, ET AL.,    )
20                                       )
           Defendants.                   )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25  _____  )

26         The parties hereto hereby stipulate to a dismissal of this action, subject to approval

27  by the Court, as to defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation, with

28  prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P.  Each party shall bear its own costs

                                        1

1   and attorney's fees.  This dismissal shall not apply to or affect any other defendant.

2

3   DATED: ~~April~~ May 23 , 2008                CROWELL & MORING LLP

4

5                                                    /s/ David D. Cross

6                                               Jerome A. Murphy
                                                David D. Cross
7                                               Daniel A. Sasse
                                                Theresa C. Lopez

8                                               *Counsel for Plaintiff All American
                                                Semiconductor, Inc.*
9

10  DATED: ~~April~~ MAY 5 , 2008                HELLER EHRMAN WHITE &
                                                McAULIFFE LLP
11

12

13                                              David C. Brownstein

14

15                                              *Counsel for Defendants Mosel Vitelic
                                                Inc. and Mosel Vitelic Corporation*
16

17      Good cause appearing, it is <u>SO ORDERED</u>.

18

19  Dated:  5/28/08

20                                              IT IS SO ORDERED

21

22                                              Judge Phyllis J. Hamilton

23

24

25

26

27

28

2