Jerome A. Murphy *(pro hac vice)*
David D. Cross *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
dcross@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949-263-8400
Facsimile: 949-263-8414
E-mail: dsasse@crowell.com
tlopez@crowell.com

*Counsel for All American Semiconductor, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC.<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC, ET AL.,<br><br>Defendants. | Case No. C 07-01200 PJH<br><br>**STIPULATION OF DISMISSAL [AND ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

The parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Winbond Electronics Corporation and Winbond

1

1  Electronics Corporation America, with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ.
2  P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply
3  to or affect any other defendant.

5  DATED: May 23, 2008                    CROWELL & MORING LLP

7                                          /s/ David D. Cross
   ────────────────────────────
   Jerome A. Murphy
8  David D. Cross
   Daniel A. Sasse
9  Theresa C. Lopez

10 *Counsel for Plaintiff All American*
   *Semiconductor, Inc.*

12 DATED: May 5, 2008                     FINNEGAN, HENDERSON,
                                          FARABOW, GARRETT &
13                                        DUNNER, LLP

15                                         [signature]
   ────────────────────────────
   Steven H. Morrissett
16 Wendy A. Herby

17                                        COLLETTE ERICKSON FARMER &
                                          O'NEILL, LLP
18
                                          [signature]
                                          ────────────────────────────
20 William S. Farmer
   Jacob P. Alpren

22 *Counsel for Defendants Winbond*
   *Electronics Corporation and Winbond*
   *Electronics Corporation America*

24
   Good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED.

26
   Dated: 5/28/08                         ────────────────────────────
27                                        Phyllis J. Hamilton
                                          United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]