1  Kent A. Gardiner *(pro hac vice)*
   Kathryn D. Kirmayer *(pro hac vice)*
2  Jerome A. Murphy *(pro hac vice)*
   David D. Cross *(pro hac vice)*
3  Matthew J. McBurney *(pro hac vice)*
   CROWELL & MORING LLP
4  1001 Pennsylvania Avenue, N.W.
   Washington, D.C.  20004-2595
5  Telephone:      202-624-2500
   Facsimile:      202-628-5116
6  E-mail:         kgardiner@crowell.com
                   kkirmayer@crowell.com
7                  jmurphy@crowell.com
                   dcross@crowell.com
8                  mmcburney@crowell.com

9  Daniel A. Sasse (CA Bar No. 236234)
   Theresa C. Lopez (CA Bar No. 205338)
10 CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
11 Irvine, CA  92614-8505
   Telephone:      949-263-8400
12 Facsimile:      949-263-8414
   E-mail:         dsasse@crowell.com
13                 tlopez@crowell.com

14 *Counsel for Jaco Electronics, Inc.,
   and All American Semiconductor, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01212 PJH)<br><br>*All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01200 PJH)<br><br>*DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor Inc., et al.* (Case No. C07-01381 PJH) | Case No. C 07-01200 PJH<br>Case No. C 07-01212 PJH<br>Case No. C 07-01381 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER BETWEEN PLAINTIFFS AND MICRON DEFENDANTS EXTENDING DATE TO FILE MOTIONS TO COMPEL EXPERT DISCOVERY** |

1           **STIPULATION**

2           This Stipulation is entered into between Plaintiffs and Defendants Micron
3  Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron") in the *All-*
4  *American*, *Jaco,* and *DRAM Claims Liquidation Trust* actions, and is made with regard to the
5  following facts:
6           WHEREAS, by prior order of the Court, the deadline for completion of expert
7  discovery in the above-captioned actions is May 23, 2008;
8           WHEREAS, discovery materials produced by Micron's expert, Mr. Victor De
9  Dios, and the recent deposition of Mr. De Dios have given rise to a number of discovery
10 disputes;
11          WHEREAS, counsel for Plaintiffs and Micron have met and conferred and are
12 still engaged in the process of trying to resolve these disputes;
13          WHEREAS, because of the short time period between Mr. De Dios's deposition
14 and the deadline to move to compel under the Local Rules, counsel for Plaintiffs and Micron
15 have not been able to complete the process of trying to resolve the disputes prior to the deadline
16 to file a motion to compel set by Local Rule 26-2 concerning these disputes.
17          NOW THEREFORE, PLAINTIFFS AND MICRON, THROUGH THEIR
18 RESPECTIVE COUNSEL, HEREBY STIPULATE to the Court entering the attached Proposed
19 Order.
20
21 DATED: June 10, 2008          CROWELL & MORING LLP
22
23                                /s/ David D. Cross
24                               Jerome A. Murphy *(pro hac vice)*
                                 David D. Cross *(pro hac vice)*
25                               1001 Pennsylvania Avenue, N.W.
                                 Washington, D.C. 20004-2595
26                               Phone: 202-624-2500
                                 Fax:   202-628-5116
27
28

1  
2  
3  
Daniel A. Sasse (CA Bar No. 236234)  
Theresa Lopez (CA Bar No. 205338)  
3 Park Plaza, 20th FloorIrvine, CA  92614-8505  
Phone: 949-263-8400  
Fax:    949-263-8414  

4  
5  
6  
*Counsel for Plaintiffs*  
*Jaco Electronics, Inc., and*  
*All American Semiconductor, Inc.*  

7  DATED:  June 10, 2008          LINDQUIST & VENNUM PLLP  

8  

9           /s/ James M. Lockhart  

10  
11  
12  
13  
14  
15  
James P. McCarthy  
James M. Lockhart  
Lindquist & Vennum P.L.L.P.  
4200 IDS Center  
80 South 8th Street  
Minneapolis, MN  55402  
Telephone:  (612) 371-3211  
Facsimile:   (612) 371-3207  
Email:  jmccarthy@lindquist.com  
Email:  jlockhart@lindquist.com  

16  
17  
18  
*Counsel for Plaintiff*  
*DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A.*  

19  DATED:  June 10, 2008          GIBSON, DUNN & CRUTCHER LLP  

20  

21   /s/ *Joshua Hess*  

22  
23  
24  
25  
26  
Joel S. Sanders, Esq.  
G. Charles Nierlich, Esq.  
Joshua Hess, Esq.  
Michael Cecchini, Esq.  
GIBSON, DUNN & CRUTCHER LLP  
One Montgomery Street  
Suite 3100  
San Francisco, CA  94104  
Telephone:       (415) 393-8200  
Facsimile:        (415) 986-5309  

27  
28  
*Counsel  for Defendants*  
*Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

1  I hereby attest that I will maintain on file all holograph signatures for any signatures
2  indicated by a "conformed" signature (/s/) within this e-filed document.
3  /s/ *David D. Cross*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The Court hereby ORDERS:

1. Plaintiffs shall have until June 30, 2008, to file a motion to compel with respect to ~~fact~~ discovery disputes that are still outstanding and that were raised in meet and confer communications by June 3, 2008.

*expert - JCS*

**IT IS SO ORDERED.**

Dated: June 10, 2008

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE