JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
JASON M. BUSSEY (Bar No. 227185)
jbussey@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., *et al.*, <br><br> Defendants. | Case No. C 07-01200 PJH <br><br> Assigned for all purposes to the Hon. Phyllis J. Hamilton <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO DEFENDANTS ELPIDA MEMORY, INC. AND ELPIDA MEMORY (USA) INC.** |

The parties hereto hereby stipulate to a dismissal of this action as to defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P.  Each party shall bear its own costs and attorneys' fees.  This dismissal shall not apply to or affect any other defendant.

IT IS SO STIPULATED AND AGREED.

Dated: April 29, 2009                SIMPSON THACHER & BARTLETT LLP

By: _____/s/_____
Harrison J. Frahn IV

Attorneys for Defendants
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

Dated: April 29, 2009                BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By: _____/s/_____
Robert W. Turken

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

### ATTESTATION OF FILING

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of the stipulation from the parties listed above.

By: _____/s/_____
Harrison J. Frahn IV

### [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: April  30 , 2009

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION OF DISMISSAL AS TO ELPIDA DEFENDANTS
CASE NO. C 07-01200 PJH
2