ROBERT W. TURKEN (*pro hac vice*)
SCOTT N. WAGNER (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE
    & AXELROD LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL  33131
Telephone:   305.374.7580
Facsimile:   305.374.7593
Email:   rturken@bilzin.com
          swagner@bilzin.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:   pjames@bakerlaw.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., a Korean corporation, et al.,<br><br>                Defendants. | Case No.:  C07-01200 PJH<br><br>**Assigned for all purposes to the Honorable Phyllis J. Hamilton**<br><br>**STIPULATION OF DISMISSAL AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER AS TO INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES NORTH AMERICA CORP.** |

**STIPULATION**

The parties hereto hereby stipulate to a dismissal of this action as to defendants Infineon Technologies AG and Infineon Technologies North America Corp. only, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  This stipulation is pursuant to a settlement agreement negotiated by the parties, and the parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement.  Each party shall bear its own costs and attorney's fees.  This dismissal shall not apply to or affect any other defendant in this action.  This dismissal is without prejudice to Plaintiff's rights to enforce the terms of the settlement agreement.

**IT IS SO STIPULATED AND AGREED**.

Dated:  December 8, 2009

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP


By:  _____/s/ Scott N. Wagner_____
         Scott N. Wagner

Attorneys for Plaintiff

ALL AMERICAN SEMICONDUCTOR, INC.


Dated:  December 8, 2009

ORRICK HERRINGTON & SUTCLIFFE LLP


By:  _____/s/ Julian Brew_____
         Julian Brew

Attorneys for Defendants

INFINEON TECHNOLOGIES AG and
INFINEON TECHNOLOGIES NORTH
AMERICA CORP.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

                                          /s/ Scott N. Wagner
                                          Scott N. Wagner

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 12/10/09



Hon. Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 8, 2009, I electronically filed the foregoing Stipulation via CMF/ECF on all interested parties registered for e-filing in this case:

PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                             _/s/_ Scott N. Wagner
                                                   Scott N. Wagner

## SERVICE LIST

| | |
|---|---|
| Robert B. Pringle, Esq.<br>Paul R. Griffin, Esq.<br>Jonathan E. Swartz, Esq.<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>Telephone: 415-371-1200<br>Facsimile: 415-371-1211 | Attorneys for Defendant<br>NEC Electronics America, Inc. and<br>NEC Electronics Corp. |
| Harrison J. Frahn IV, Esq.<br>Isabelle Anne Young<br>James Glenn Kreissman<br>Jason Matthew Bussey<br>Michele Elizabeth Kemmerling<br>Simpson Thacher Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Tel: (650) 251-5000<br>Fax: (650) 251-5002 | Attorneys, for Defendants<br>Elpida Memory, Inc. and<br>Elpida Memory (USA) Inc. |
| Kenneth Ryan O'Rourke<br>Paul Benedict Salvaty<br>Steven H. Bergman<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 91608<br>Tel: (213) 430-6000<br>Fax: (213) 430-6407 | Attorneys for Defendants<br>Hynix Semiconductor, inc. and Hynix<br>Semiconductor America, Inc |
| Julian Brew, Esq.<br>Aton Arbisser<br>Joshua Stewart Stambaugh Kaye Scholer LLP<br>1999 Avenue of the Stars Suite 1600<br>Los Angeles, CA 90067<br>Tel: (310) 788-1000<br>Fax: (310) 788-1200 | Attorneys for Defendants<br>Infineon Technologies AG and<br>Infineon Technologies North America Corp. |

| | |
|---|---|
| Joel S. Sanders, Esq.<br>George Charles Nierlich, III<br>Joshua David Hess<br>Michael Cecchini<br>Gibson, Dunn & Crutcher LLP<br>One Montgomery Street, Suite 1300<br>San Francisco, CA 94104<br>Tel: (415) 393-8200<br>Fax: (415) 374-8439 | Attorneys for Defendants<br>Micron Technology, Inc. and Micron Semiconductor Products, Inc. |
| Robert E. Freitas, Esq.<br>Nail Benjamin, Esq.<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Tel: (650) 614-7400<br>Fax: (650) 614-7402 | Attorneys for Defendants<br>Nanya Technology Corporation USA and Nanya Technology Corporation |
| Howard M. Ullman, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel: (415) 773-5700/5652<br>Fax: (415) 773-5759 | |
| Gary Halling, Esq.<br>James L. McGinnis, Esq.<br>Mona Solouki, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center<br>17th Floor<br>San Francisco, CA  94111<br>Telephone:  415-774-3210<br>Facsimile:  415-403-6054 | Attorney for Defendants<br>Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. |