1  PETER W. JAMES, Bar No. 041410
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California  90025-7120
3  Telephone:   310.820.8800
   Facsimile:   310.820.8859
4  Email:       pjames@bakerlaw.com

5  Attorneys for Plaintiff
   ALL AMERICAN SEMICONDUCTOR, INC.
6
   ROBERT W. TURKEN (*pro hac vice*)
7  SCOTT N. WAGNER (*pro hac vice*)
   BILZIN SUMBERG BAENA PRICE
8        & AXELROD LLP
   200 South Biscayne Boulevard
9  Suite 2500
   Miami, FL  33131
10 Telephone:   305.374.7580
   Facsimile:   305.374.7593
11 Email:       rturken@bilzin.com
                swagner@bilzin.com
12
   Attorneys for Plaintiff
13 ALL AMERICAN SEMICONDUCTOR, INC.

14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19 | ALL AMERICAN SEMICONDUCTOR, INC., | Case No.  C-07-01200 PJH |
   |---|---|
20 | Plaintiff, | **Assigned for all purposes to the Honorable Phyllis J. Hamilton** |
21 | v. | |
22 | HYNIX SEMICONDUCTOR, INC., a Korean corporation, et al., | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO HYNIX SEMICONDUCTOR INC. AND HYNIX SEMICONDUCTOR AMERICA INC.** |
23 | Defendants. | |

C-07-01200 PJH

STIPULATION OF DISMISSAL AND PROPOSED
ORDER AS TO HYNIX SEMICONDUCTOR INC. AND
HYNIX SEMICONDUCTOR AMERICA INC.

## STIPULATION

The parties hereto hereby stipulate to a dismissal of this action as to defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This stipulation is pursuant to a settlement agreement negotiated by the Parties, and the Parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement. Each party shall bear its own costs and attorneys' fees. This dismissal shall not apply to or affect any other defendant in this action.

IT IS SO STIPULATED AND AGREED.

Dated: January 14, 2010					BILZIN SUMBERG BAENA
								PRICE & AXELROD LLP

								By:	    /s/Scott N. Wagner
									Scott N. Wagner

								*Counsel for All American Semiconductor, Inc.*

Dated: January 14, 2010					O'MELVENY & MYERS LLP

								By:	    /s/ Michael Tubach
									Michael Tubach

								*Counsel for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.*

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ Scott N. Wagner
Scott N. Wagner

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 1/19/10

C-07-01200 PJH

4

STIPULATION OF DISMISSAL AND [PROPOSED]
ORDER AS TO HYNIX SEMICONDUCTOR INC. AND
HYNIX SEMICONDUCTOR AMERICA INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2010 I electronically filed the foregoing Stipulation via CMF/ECF on all interested parties registered for e-filing in this case. I also certify that a true and correct copy of the foregoing is being served by U.S. Mail on the following parties:

PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Scott N. Wagner
Scott N. Wagner

C-07-01200 PJH

5

STIPULATION OF DISMISSAL AND PROPOSED ORDER AS TO HYNIX SEMICONDUCTOR INC. AND HYNIX SEMICONDUCTOR AMERICA INC.

## SERVICE LIST

| | |
|---|---|
| Robert B. Pringle, Esq.<br>Paul R. Griffin, Esq.<br>Jonathan E. Swartz, Esq.<br>THELEN REID BROWN RAYSMAN &<br>STEINER LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>Telephone:    (415) 371-1200<br>Facsimile     (415) 371-1211 | Attorneys for Defendants<br>NEC Electronics America, Inc. and<br>NEC Electronics Corp. |
| Harrison J. Frahn IV, Esq.<br>Isabelle Anne Young<br>James Glenn Kreissman<br>Jason Matthew Bussey<br>Michele Elizabeth Kemmerling<br>Simpson Thacher Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Telephone:    (650) 251-5000<br>Facsimile:    (650) 251-5002 | Attorneys, for Defendants<br>Elpida Memory, Inc. and<br>Elpida Memory (USA) Inc. |
| Kenneth Ryan O'Rourke<br>Paul Benedict Salvaty<br>Steven H. Bergman<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 91608<br>Telephone:    (213) 430-6000<br>Facsimile:    (213) 430-6407 | Attorneys for Defendants<br>Hynix Semiconductor, inc. and Hynix<br>Semiconductor America, Inc |
| Julian Brew, Esq.<br>Aton Arbisser<br>Joshua Stewart Stambaugh Kaye Scholer LLP<br>1999 Avenue of the Stars Suite 1600<br>Los Angeles, CA 90067<br>Telephone:    (310) 788-1000<br>Facsimile:    (310) 788-1200 | Attorneys for Defendants<br>Infineon Technologies AG and<br>Infineon Technologies North America Corp. |
| Joel S. Sanders, Esq.<br>George Charles Nierlich, III<br>Joshua David Hess    Michael Cecchini<br>Gibson, Dunn & Crutcher LLP<br>One Montgomery Street, Suite 1300<br>San Francisco, CA 94104<br>Telephone:    (415) 393-8200<br>Facsimile:    (415) 374-8439 | Attorneys for Defendants<br>Micron Technology, Inc. and Micron<br>Semiconductor Products, Inc. |

| | | |
|---|---|---|
| 1 | Robert E. Freitas, Esq.<br>Nail Benjamin, Esq. | Attorneys for Defendants<br>Nanya Technology Corporation USA and |
| 2 | Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road | Nanya Technology Corporation |
| 3 | Menlo Park, CA 94025<br>Telephone:    (650) 614-7400 | |
| 4 | Facsimile:     (650) 614-7402 | Attorneys for Defendant |
| 5 | Howard M. Ullman, Esq. | Nanya Technology Corporation |
|   | Orrick, Herrington & Sutcliffe LLP | |
| 6 | The Orrick Building<br>405 Howard Street | |
| 7 | San Francisco, CA 94105<br>Telephone:    (415) 773-5700/5652 | |
| 8 | Facsimile:     (415) 773-5759 | |
| 9 | | |
| 10 | Gary Halling, Esq.<br>James L. McGinnis, Esq. | Attorney for Defendants<br>Samsung Electronics Co., Ltd. and Samsung |
|    | Mona Solouki, Esq. | Semiconductor, Inc. |
| 11 | Sheppard, Mullin, Richter & Hampton LLP | |
|    | 4 Embarcadero Center | |
| 12 | 17th Floor | |
|    | San Francisco, CA  94111 | |
| 13 | Telephone:    (415) 774-3210 | |
|    | Facsimile:     (415) 403-6054 | |