```
GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
JOSHUA D. HESS, SBN 244115,
JHess@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON
SEMICONDUCTOR PRODUCTS, INC.
```

[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1200 (PJH) |
| JACO ELECTRONICS, INC., <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1212 (PJH) |
| DRAM CLAIMS LIQUIDATION TRUST, <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1381 (PJH) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE IN ALL CASES** |

Plaintiffs All American Semiconductor, Inc., Jaco Electronics, Inc., and DRAM Liquidation Trust (collectively, "Plaintiffs") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Nanya Technology, Corp., Nanya Technology Corp. USA, and NEC Electronics America, Inc. (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, the above-captioned matters are the only DRAM "opt-out" cases remaining before this Court;

WHEREAS, the parties to this Stipulation are the only parties remaining in any of the above-captioned matters;

WHEREAS, this Court issued an order on January 11, 2010, scheduling a Case Management Conference in the above-captioned matters for January 28, 2010 at 1:30 p.m.;

WHEREAS, counsel for certain of the parties have scheduling conflicts that make it inconvenient for them to attend a hearing on January 28, 2010;

WHEREAS, counsel for Plaintiffs and Defendants met and conferred regarding an alternative date that was mutually acceptable to the parties and fell on a date when the Court normally holds case management conferences;

WHEREAS, the parties agreed that Thursday, February 25, 2010, at 2:30 p.m. was a mutually convenient date and time for a case management conference and was a date and time when the Court regularly held case management conferences;

THEREFORE, the parties stipulate to and request that the Case Management Conference in the above-captioned matters be reset from January 28, 2010 until February 25, 2010 at 2:30 p.m. Further, parties stipulate to and request that they be permitted to submit a case management statement in the above-captioned matters not less than seven (7) days before February 25, 2010.

//
//
//
//
//
//

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE IN ALL CASES

IT IS SO STIPULATED AND AGREED.

DATED: January 19, 2010

GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS
JOSHUA D. HESS


By: _____/s/ Joshua D. Hess_____
         Joshua D. Hess

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC.

(All American, Jaco, and DRAM Trust cases)

DATED: January 19, 2010

WINSTON & STRAWN LLP
ROBERT B. PRINGLE
PAUL R. GRIFFIN
JONATHAN SWARTZ


By: _____/s/ Paul R. Griffin_____
         Paul R. Griffin

Attorneys for Defendant
NEC ELECTRONICS AMERICA, INC.

(All American and Jaco cases only)

DATED: January 19, 2010

ORRICK HARRINGTON & SUTCLIFFE LLP
ROBERT E. FREITAS
HOWARD ULLMAN


By: _____/s/ Howard M. Ullman_____
         Howard M. Ullman

Attorneys for Defendant
NANYA TECHNOLOGY CORPORATION USA AND NANYA TECHNOLOGY CORPORATION

(All American case only)

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE IN ALL CASES

| | | |
|---|---|---|
| 1 | DATED: January 19, 2010 | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| 2 | | ROBERT W. TURKEN |
| 3 | | SCOTT N. WAGNER |

By: _/s/ Scott N. Wagner_
Scott N. Wagner

Attorneys for Plaintiffs
ALL AMERICAN SEMICONDUCTOR, INC.

DATED: January 19, 2010                BAKER & HOSTETLER LLP
PETER W. JAMES

By: _/s/ Peter W. James_
Peter W. James

Attorneys for Plaintiffs
ALL AMERICAN SEMICONDUCTOR, INC. and
JACO ELECTRONICS, INC.


LINDQUIST & VENNUM P.L.L.P.
JAMES P. McCARTHY
JAMES M. LOCKHART

By: _/s/ James P. McCarthy_
James P. McCarthy

Attorneys for Plaintiffs
DRAM CLAIMS LIQUIDATION TRUST,
THROUGH ITS TRUSTEE, WILMINGTON TRUST
FSB

## ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Joshua D. Hess, hereby attest that concurrence in the filing of this Stipulation and [Proposed] Order to Continue the Case Management Conference has been obtained from Paul R. Griffin, Howard M. Ullman, Scott N. Wagner, Peter W. James, and James P. McCarthy that have provided conformed signatures above.

_/s/ Joshua D. Hess_
Joshua D. Hess

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE IN ALL CASES

**[PROPOSED] ORDER**

For the reasons stated in the foregoing Stipulation, the Case Management Conference in the above-captioned matters is hereby reset to February 25, 2010 at 2:00 ~~2:30~~ p.m. in Courtroom 3, 3rd Floor, 1301 Clay Street, Oakland, California.  Counsel for the parties are instructed to meet and confer and file their case management statement with the Court not less than seven (7) days before the conference.

IT IS SO ORDERED.

Date: January  25 , 2010



IT IS SO ORDERED
Judge Phyllis J. Hamilton

100797018_1.DOC