1   PETER W. JAMES, Bar No. 041410
    BAKER & HOSTETLER LLP
2   12100 Wilshire Boulevard, 15th Floor
    Los Angeles, California  90025-7120
3   Telephone:      310.820.8800
    Facsimile:      310.820.8859
4   Email:      pjames@bakerlaw.com

5   Attorneys for Plaintiff
    ALL AMERICAN SEMICONDUCTOR, INC.
6
    ROBERT W. TURKEN (*pro hac vice*)
7   SCOTT N. WAGNER (*pro hac vice*)
    BILZIN SUMBERG BAENA PRICE
8          & AXELROD LLP
    200 South Biscayne Boulevard
9   Suite 2500
    Miami, FL  33131
10  Telephone:      305.374.7580
    Facsimile:      305.374.7593
11  Email:      rturken@bilzin.com
                swagner@bilzin.com
12
    Attorneys for Plaintiff
13  ALL AMERICAN SEMICONDUCTOR, INC.

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

19  ALL AMERICAN SEMICONDUCTOR, INC.,          Case No.  C-07-01200 PJH

20              Plaintiff,                      **Assigned for all purposes to the
                                                Honorable Phyllis J. Hamilton**
21          v.
                                                **STIPULATION OF DISMISSAL AND
22  HYNIX SEMICONDUCTOR, INC., a Korean         [PROPOSED] ORDER AS TO NEC
    corporation, et al.,                        ELECTRONICS CORPORATION
23                                              AND NEC ELECTRONICS
                Defendants.                     AMERICA, INC.**
24

25

26

27

28
    C-07-01200 PJH

1

## STIPULATION

2

3

4

5

6

        The parties hereto hereby stipulate to a dismissal of this action as to defendants NEC Electronics Corporation and NEC Electronics America, Inc. with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P.  Each party shall bear its own costs and attorneys' fees.  This dismissal shall not apply to or affect any other defendant.

**IT IS SO STIPULATED AND AGREED.**

7

8

    Dated: April 20, 2010

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP

9

By:        /s/Scott N. Wagner

10

      Scott N. Wagner

11

12

*Counsel for All American Semiconductor, Inc.*

13

14

Dated: April 20, 2010

WINSTON & STRAWN LLP

15

By:       /s/ Robert B. Pringle

16

      Robert B. Pringle

17

*Counsel for NEC Corporation, NEC Electronics Corporation and NEC Electronics America, Inc.*

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF FILING**

2

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence

3

in the filing of this document from the parties listed above.

4

5

/s/ Scott N. Wagner

6

Scott N. Wagner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION OF DISMISSAL AND PROPOSED
ORDER AS TO NEC ELECTRONICS CORPORATION
AND NEC ELECTRONICS AMERICA, INC.

1

**[PROPOSED] ORDER**

2

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

3

4

Dated: _4/21/10_____

5



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION OF DISMISSAL AND PROPOSED
ORDER AS TO NEC ELECTRONICS CORPORATION
AND NEC ELECTRONICS AMERICA, INC.

1

**CERTIFICATE OF SERVICE**

2

3      I HEREBY CERTIFY that on April 20, 2010 I electronically filed the foregoing

4   Stipulation via CMF/ECF on all interested parties registered for e-filing in this case.  I also certify

5   that a true and correct copy of the foregoing is being served by U.S. Mail on the following

6   parties:

7                        PLEASE SEE ATTACHED SERVICE LIST

8      I declare under penalty of perjury under the laws of the United States of America that the

9   foregoing is true and correct.

10

11                                      /s/ Scott N. Wagner
                                        Scott N. Wagner
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                   <u>**SERVICE LIST**</u>

2    Robert B. Pringle, Esq.                    Attorneys for Defendants
     Winston & Strawn LLP                       NEC Electronics America, Inc. and
3    101 California Street                      NEC Electronics Corp.
     San Francisco, CA 94111
4    Telephone:     (415) 591-1000
     Facsimile      (415) 591-1400
5
     Harrison J. Frahn IV, Esq.                 Attorneys, for Defendants
6    Isabelle Anne Young                        Elpida Memory, Inc. and
     James Glenn Kreissman                      Elpida Memory (USA) Inc.
7    Jason Matthew Bussey
     Michele Elizabeth Kemmerling
8    Simpson Thacher Bartlett LLP
     2550 Hanover Street
9    Palo Alto, CA 94304
     Telephone:     (650) 251-5000
10   Facsimile:     (650) 251-5002

11
     Kenneth Ryan O'Rourke                      Attorneys for Defendants
12   Paul Benedict Salvaty                      Hynix Semiconductor, inc. and Hynix
     Steven H. Bergman                          Semiconductor America, Inc
13   O'Melveny & Myers LLP
     400 South Hope Street
14   Los Angeles, CA 91608
     Telephone:     (213) 430-6000
15   Facsimile:     (213) 430-6407

16
     Julian Brew, Esq.                          Attorneys for Defendants
17   Aton Arbisser                              Infineon Technologies AG and
     Joshua Stewart Stambaugh Kaye Scholer LLP  Infineon Technologies North America Corp.
18   1999 Avenue of the Stars Suite 1600
     Los Angeles, CA 90067
19   Telephone:     (310) 788-1000
     Facsimile:     (310) 788-1200
20

21
     Joel S. Sanders, Esq.                      Attorneys for Defendants
22   George Charles Nierlich, III               Micron Technology, Inc. and Micron
     Joshua David Hess     Michael Cecchini     Semiconductor Products, Inc.
23   Gibson, Dunn & Crutcher LLP
     One Montgomery Street, Suite 1300
24   San Francisco, CA 94104
     Telephone:     (415) 393-8200
25   Facsimile:     (415) 374-8439

26

27

28

     C-07-01200 PJH                    6

| | | |
|---|---|---|
| 1 | Robert E. Freitas, Esq. | Attorneys for Defendants |
| | Nail Benjamin, Esq. | Nanya Technology Corporation USA and |
| 2 | Orrick Herrington & Sutcliffe LLP | Nanya Technology Corporation |
| | 1000 Marsh Road | |
| 3 | Menlo Park, CA 94025 | |
| | Telephone:     (650) 614-7400 | |
| 4 | Facsimile:     (650) 614-7402 | |
| | | Attorneys for Defendant |
| 5 | Howard M. Ullman, Esq. | Nanya Technology Corporation |
| | Orrick, Herrington & Sutcliffe LLP | |
| 6 | The Orrick Building | |
| | 405 Howard Street | |
| 7 | San Francisco, CA 94105 | |
| | Telephone:     (415) 773-5700/5652 | |
| 8 | Facsimile:     (415) 773-5759 | |
| 9 | | |
| | Gary Halling, Esq. | Attorney for Defendants |
| 10 | James L. McGinnis, Esq. | Samsung Electronics Co., Ltd. and Samsung |
| | Mona Solouki, Esq. | Semiconductor, Inc. |
| 11 | Sheppard, Mullin, Richter & Hampton LLP | |
| | 4 Embarcadero Center | |
| 12 | 17th Floor | |
| | San Francisco, CA  94111 | |
| 13 | Telephone:     (415) 774-3210 | |
| | Facsimile:     (415) 403-6054 | |
| 14 | Paul Eyre, Esq. | Attorney for Plaintiff |
| | Baker Hostetler LLP | Jaco Electronics, Inc. |
| 15 | 3200 National City Center | |
| | 1900 East 9th Street | |
| 16 | Cleveland, OH 44114-3485 | |
| | Telephone: (216) 861-7355 | |
| 17 | Facsimile:  (216) 696-0740 | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

7

STIPULATION OF DISMISSAL AND PROPOSED
ORDER AS TO NEC ELECTRONICS CORPORATION
AND NEC ELECTRONICS AMERICA, INC.