GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
JOSHUA D. HESS, SBN 244115,
JHess@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON
SEMICONDUCTOR PRODUCTS, INC.

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1200 (PJH) |
| JACO ELECTRONICS, INC., <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1212 (PJH) |
| DRAM CLAIMS LIQUIDATION TRUST, <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1381 (PJH) |
| | **JOINT STIPULATION AND [PROPOSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE IN ALL CASES** |

Plaintiffs All American Semiconductor, Inc., Jaco Electronics, Inc., and DRAM Liquidation Trust (collectively, "Plaintiffs") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Nanya Technology, Corp., and Nanya Technology Corp. USA, (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, the above-captioned matters are the only DRAM "opt-out" cases remaining before this Court;

WHEREAS, the parties to this Stipulation are the only parties remaining in any of the above-captioned matters;

WHEREAS, this Court issued an order on March 1, 2010, scheduling a Case Management Conference in the above-captioned matters for June 3, 2010 at 2:00 p.m.;

WHEREAS, counsel for certain of the parties have been engaged in mediation of these cases and such mediation may continue past June 3, 2010;

WHEREAS, counsel for Plaintiffs and Defendants met and conferred regarding an alternative date that was mutually acceptable to the parties and fell on a date when the Court normally holds case management conferences;

WHEREAS, the parties agreed that Thursday, July 15, 2010, at 2:00 p.m. was a mutually convenient date and time for a case management conference and was a date and time when the Court regularly held case management conferences;

THEREFORE, the parties stipulate to and request that the Case Management Conference in the above-captioned matters be reset from June 3, 2010 until July 15, 2010 at 2:00 p.m.  Further, parties stipulate to and request that they be permitted to submit a case management statement in the above-captioned matters not less than seven (7) days before July 15, 2010.

//
//
//
//
//
//

1    IT IS SO STIPULATED AND AGREED.

2    DATED:  May 25, 2010

3                                             GIBSON, DUNN & CRUTCHER LLP
                                              JOEL S. SANDERS
4                                             JOSHUA D. HESS

5

6                                             By:          */s/ Joshua D. Hess*
                                                            Joshua D. Hess
7

8                                             Attorneys for Defendants
                                              MICRON TECHNOLOGY, INC. AND MICRON
                                              SEMICONDUCTOR PRODUCTS, INC.
9

10                                            (All American, Jaco, and DRAM Trust cases)

11   DATED:  May 25, 2010                     ORRICK HARRINGTON & SUTCLIFFE LLP
                                              ROBERT E. FREITAS
12                                            HOWARD ULLMAN

13

14                                            By:         */s/ Howard M. Ullman*
                                                            Howard M. Ullman

15                                            Attorneys for Defendant
                                              NANYA TECHNOLOGY CORPORATION USA AND
16                                            NANYA TECHNOLOGY CORPORATION

17                                            (All American case only)

18   DATED:  May 25, 2010                     BILZIN SUMBERG BAENA PRICE & AXELROD
                                              LLP
19                                            ROBERT W. TURKEN
                                              SCOTT N. WAGNER
20

21
                                              By:         */s/ Scott N. Wagner*
22                                                          Scott N. Wagner

23                                            Attorneys for Plaintiffs
                                              ALL AMERICAN SEMICONDUCTOR, INC.
24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED:  May 25, 2010 | BAKER & HOSTETLER LLP<br>PETER W. JAMES |
| 2 | | |
| 3 | | By:_____*/s/ Peter W. James*_____ |
| 4 | | Peter W. James |
| 5 | | Attorneys for Plaintiffs<br>ALL AMERICAN SEMICONDUCTOR, INC. and<br>JACO ELECTRONICS, INC. |
| 8 | DATED:  May 25, 2010 | LINDQUIST & VENNUM P.L.L.P.<br>JAMES P. McCARTHY<br>JAMES M. LOCKHART |
| 11 | | By:_____*/s/ James M. Lockhart*_____<br>James M. Lockhart |
| 13 | | Attorneys for Plaintiffs<br>DRAM CLAIMS LIQUIDATION TRUST,<br>THROUGH ITS TRUSTEE, WILMINGTON TRUST<br>FSB |

### ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Joshua D. Hess, hereby attest that concurrence in the filing of this Stipulation and [Proposed] Order to Continue the Case Management Conference has been obtained from Howard M. Ullman, Scott N. Wagner, Peter W. James, and James M. Lockhart that have provided conformed signatures above.

_____*/s/ Joshua D. Hess*_____
Joshua D. Hess

4
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE IN ALL CASES

**[~~PROPOSED~~] ORDER**

For the reasons stated in the foregoing Stipulation, the Case Management Conference in the above-captioned matters is hereby reset to July 15, 2010 at 2:00 p.m. in Courtroom 3, 3rd Floor, 1301 Clay Street, Oakland, California.  Counsel for the parties are instructed to meet and confer and file their case management statement with the Court not less than seven (7) days before the conference.

IT IS SO ORDERED.

Date:  __May 28_____, 2010



_____
Hon. Phyllis J. Hamilton
U.S. District Court Judge

100873697_1.DOC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE IN ALL CASES

Gibson, Dunn & Crutcher LLP