GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
MICHAEL CECCHINI, SBN 237508,
MCecchini@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC.

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1200 (PJH) |
| JACO ELECTRONICS, INC., <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1212 (PJH) |
| DRAM CLAIMS LIQUIDATION TRUST, <br> v. <br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1381 (PJH) <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO RESET CASE MANAGEMENT CONFERENCE IN ALL CASES** |

1   Plaintiffs All American Semiconductor, Inc., Jaco Electronics, Inc., and DRAM Liquidation
2   Trust (collectively, "Plaintiffs") and Defendants Micron Technology, Inc., Micron Semiconductor
3   Products, Inc., Nanya Technology, Corp., and Nanya Technology Corp. USA, (collectively,
4   "Defendants") hereby stipulate as follows:
5       WHEREAS, the above-captioned matters are the only DRAM "opt-out" cases remaining
6   before this Court;
7       WHEREAS, the parties to this Stipulation are the only parties remaining in any of the above-
8   captioned matters;
9       WHEREAS, the parties filed a joint stipulation and proposed order to reset the Case
10  Management Conference the Court had originally scheduled for June 3, 2010 at 2:00 p.m.;
11      WHEREAS, this Court entered the joint stipulation and ordered the Case Management
12  Conference reset for July 15, 2010 at 2:00 p.m.;
13      WHEREAS, counsel for certain of the parties have been engaged in mediation of these cases
14  and such mediation will continue past July 15, 2010;
15      WHEREAS, counsel for Plaintiffs and Defendants met and conferred regarding an alternative
16  date that was mutually acceptable to the parties and fell on a date when the Court normally holds case
17  management conferences;
18      WHEREAS, the parties agreed that Thursday, September 23, 2010, at 2:00 p.m. was a
19  mutually convenient date and time for a case management conference and was a date and time when
20  the Court regularly held case management conferences;
21      THEREFORE, the parties stipulate to and request that the Case Management Conference in
22  the above-captioned matters be reset from July 15, 2010 until Thursday, September 23, 2010 at 2:00
23  p.m. Further, the parties stipulate to and request that they be permitted to submit a case management
24  statement in the above-captioned matters not less than seven (7) days before Thursday, September 23,
25  2010.
26  //
27  //
28  //

IT IS SO STIPULATED AND AGREED.

DATED: July 9, 2010

          GIBSON, DUNN & CRUTCHER LLP
          JOEL S. SANDERS
          MICHAEL CECCHINI

          By:  /s/ Michael Cecchini
                 Michael Cecchini

          Attorneys for Defendants
          MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC.

          (All American, Jaco, and DRAM Trust cases)

DATED: July 9, 2010

          ORRICK HERRINGTON & SUTCLIFFE LLP
          ROBERT E. FREITAS
          HOWARD ULLMAN

          By:  /s/ Howard M. Ullman
                 Howard M. Ullman

          Attorneys for Defendant
          NANYA TECHNOLOGY CORPORATION USA AND NANYA TECHNOLOGY CORPORATION

          (All American case only)

DATED: July 9, 2010

          BILZIN SUMBERG BAENA PRICE & AXELROD LLP
          ROBERT W. TURKEN
          SCOTT N. WAGNER

          By:  /s/ Scott N. Wagner
                 Scott N. Wagner

          Attorneys for Plaintiffs
          ALL AMERICAN SEMICONDUCTOR, INC.

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE IN ALL CASES

| | | |
|---|---|---|
| 1 | DATED: July 9, 2010 | BAKER & HOSTETLER LLP<br>PETER W. JAMES |
| 2 | | |
| 3 | | By: ___/s/ Peter W. James_____ |
| 4 | | Peter W. James |
| 5 | | Attorneys for Plaintiffs |
| 6 | | ALL AMERICAN SEMICONDUCTOR, INC. and JACO ELECTRONICS, INC. |
| 7 | | |
| 8 | DATED: July 9, 2010 | LINDQUIST & VENNUM P.L.L.P.<br>JAMES P. McCARTHY |
| 9 | | JAMES M. LOCKHART |
| 10 | | |
| 11 | | By: ___/s/ James M. Lockhart_____ |
| 12 | | James M. Lockhart |
| 13 | | Attorneys for Plaintiffs<br>DRAM CLAIMS LIQUIDATION TRUST, |
| 14 | | THROUGH ITS TRUSTEE, WILMINGTON TRUST FSB |

## ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael Cecchini, hereby attest that concurrence in the filing of this Stipulation and [Proposed] Order to Continue the Case Management Conference has been obtained from Howard M. Ullman, Scott N. Wagner, Peter W. James, and James M. Lockhart that have provided conformed signatures above.

_____/s/ Michael Cecchini_____
Michael Cecchini

### [PROPOSED] ORDER

For the reasons stated in the foregoing Stipulation, the Case Management Conference in the above-captioned matters is hereby reset to September 23, 2010 at 2:00 p.m. in Courtroom 3, 3rd Floor, 1301 Clay Street, Oakland, California. Counsel for the parties are instructed to meet and confer and file their case management statement with the Court not less than seven (7) days before the conference.

IT IS SO ORDERED.

Date: ____July 12_____, 2010



100899918_1.DOC