GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
G. CHARLES NIERLICH, SBN 196611,
GNierlich@gibsondunn.com
MICHAEL CECCHINI, SBN 237508,
MCecchini@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON
SEMICONDUCTOR PRODUCTS, INC.

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC.,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1200 (PJH) |
| JACO ELECTRONICS, INC.,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1212 (PJH) |
| DRAM CLAIMS LIQUIDATION TRUST,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1381 (PJH)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

Gibson, Dunn &
Crutcher LLP

Plaintiffs All American Semiconductor, Inc., Jaco Electronics, Inc., and DRAM Liquidation Trust (collectively, "Plaintiffs") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc. (collectively, "Micron") and Nanya Technology Corp. and Nanya Technology Corp. USA hereby stipulate as follows:

WHEREAS, counsel for Plaintiffs and Micron have been engaged in mediation of these cases;

WHEREAS, the issue of whether Micron is entitled to civil leniency pursuant to the Antitrust Criminal Penalty Enhancement and Reform Act of 2004 ("ACPERA") has been an obstacle to the Plaintiffs' and Micron's ability to successfully settle these cases;

WHEREAS, Plaintiffs and Micron have reached an agreement, as to which the parties have agreed upon the essential terms and which they expect to be finalized within ten (10) business days, whereby the ACPERA issue will be briefed and decided through a private panel;

WHEREAS, the briefing and decision on the ACPERA issue through the private panel will resolve Plaintiffs' claims as to Micron;

WHEREAS, due to the progress between Plaintiffs and Micron on the ACPERA issue, the Case Management Conference currently scheduled for October 21, 2010 at 2:00 p.m. should be postponed to allow Plaintiffs and Micron the opportunity to resolve all of Plaintiffs' claims against Micron;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants that the Court should postpone the Case Management Conference currently scheduled for October 21, 2010 at 2:00 p.m. until Thursday, February 17, 2010 at 2:00 p.m.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED:  October 20, 2010

                    GIBSON, DUNN & CRUTCHER LLP
                    JOEL S. SANDERS
                    MICHAEL CECCHINI


                    By:_____*/s/ Michael Cecchini*_____
                                Michael Cecchini

                    Attorneys for Defendants

2

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

|   |   |   |
|---|---|---|
|   |   | MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC. |
|   |   | (All American, Jaco, and DRAM Trust cases) |

DATED: October 20, 2010                ORRICK HARRINGTON & SUTCLIFFE LLP
                                       ROBERT E. FREITAS
                                       HOWARD ULLMAN


                                       By: :_____/s/ Howard M. Ullman_____
                                                      Howard M. Ullman

                                       Attorneys for Defendants
                                       NANYA TECHNOLOGY CORPORATION USA AND
                                       NANYA TECHNOLOGY CORPORATION

                                       (All American case only)


DATED: October 20, 2010                BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                       ROBERT W. TURKEN
                                       SCOTT N. WAGNER


                                       By: _____/s/ Scott N. Wagner_____
                                                      Scott N. Wagner

                                       Attorneys for Plaintiffs
                                       ALL AMERICAN SEMICONDUCTOR, INC.


DATED: October 20, 2010                BAKER & HOSTETLER LLP
                                       PETER W. JAMES


                                       By:_____/s/ Peter W. James_____
                                                      Peter W. James

                                       Attorneys for Plaintiffs
                                       ALL AMERICAN SEMICONDUCTOR, INC. and
                                       JACO ELECTRONICS, INC.


DATED: October 20, 2010                LINDQUIST & VENNUM P.L.L.P.
                                       JAMES P. McCARTHY

3

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

JAMES M. LOCKHART

By: _____*/s/ James P. McCarthy*_____
        James P. McCarthy

Attorneys for Plaintiffs
DRAM CLAIMS LIQUIDATION TRUST,
THROUGH ITS TRUSTEE, WILMINGTON TRUST FSB

## ATTESTATION OF FILING

    Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael Cecchini, hereby attest that concurrence in the filing of this Stipulation and [Proposed] Order to Continue the Case Management Conference has been obtained from Scott N. Wagner, Peter W. James, James M. Lockhart, and Howard M. Ullman that have provided conformed signatures above.

                                                            _____*/s/ Michael Cecchini*_____
                                                                         Michael Cecchini

100958009_1.DOC

Gibson, Dunn & Crutcher LLP

1  **[PROPOSED] ORDER**

3     IT IS SO ORDERED.

4  Date: __October 20_____, 2010

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

Gibson, Dunn & Crutcher LLP

# DECLARATION OF SERVICE

I, Daniel Nerney, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On October 20, 2010, I served the within:

**JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on October 20, 2010. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on October 20, 2010, at San Francisco, California.

                                                      /s/ Daniel Nerney
                                                      Daniel Nerney

100958103_1.DOC