GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
G. CHARLES NIERLICH, SBN 196611,
GNierlich@gibsondunn.com
MICHAEL CECCHINI, SBN 237508,
MCecchini@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC.

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1200 (PJH) |
| JACO ELECTRONICS, INC., <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1212 (PJH) |
| DRAM CLAIMS LIQUIDATION TRUST, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1381 (PJH) <br><br> **JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

JOINT CASE MANAGEMENT STATEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

Gibson, Dunn & Crutcher LLP

Plaintiffs All American Semiconductor, Inc., Jaco Electronics, Inc., and DRAM Liquidation Trust (collectively, "Plaintiffs") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc. (collectively, "Micron") and Nanya Technology Corp. and Nanya Technology Corp. USA hereby submit this Joint Case Management Statement and stipulate as follows:

WHEREAS, counsel for Plaintiffs and Micron have been engaged in mediation of these cases;

WHEREAS, the issue of whether Micron is entitled to civil leniency pursuant to the Antitrust Criminal Penalty Enhancement and Reform Act of 2004 ("ACPERA") has been an obstacle to the Plaintiffs' and Micron's ability to successfully settle these cases;

WHEREAS, Plaintiffs and Micron have reached an agreement whereby the ACPERA issue will be briefed and decided through a private panel;

WHEREAS, the briefing and decision on the ACPERA issue through the private panel will resolve Plaintiffs' claims as to Micron;

WHEREAS, the private panel is expected to decide the ACPERA issue in early summer 2011;

WHEREAS, due to the progress between Plaintiffs and Micron on the ACPERA issue, the Case Management Conference currently scheduled for February 17, 2011 at 2:00 p.m. should be postponed to allow Plaintiffs and Micron the opportunity to resolve all of Plaintiffs' claims against Micron;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants that the Court should postpone the Case Management Conference currently scheduled for February 17, 2011 at 2:00 p.m. until Thursday, July 28, 2011 at 2:00 p.m.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED: February 11, 2011

    GIBSON, DUNN & CRUTCHER LLP
    JOEL S. SANDERS
    MICHAEL CECCHINI


    By: _____ /s/ Michael Cecchini _____
            Michael Cecchini

1

JOINT CASE MANAGEMENT STATEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

Gibson, Dunn & Crutcher LLP

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC.

(All American, Jaco, and DRAM Trust cases)

DATED: February 11, 2011     ORRICK HARRINGTON & SUTCLIFFE LLP
ROBERT E. FREITAS
HOWARD ULLMAN


By: : _____/s/ Howard M. Ullman_____
                Howard M. Ullman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION USA AND NANYA TECHNOLOGY CORPORATION

(All American case only)


DATED: February 11, 2011     BILZIN SUMBERG BAENA PRICE & AXELROD LLP
ROBERT W. TURKEN
SCOTT N. WAGNER


By: _____/s/ Scott N. Wagner_____
                Scott N. Wagner

Attorneys for Plaintiffs
ALL AMERICAN SEMICONDUCTOR, INC.


DATED: February 11, 2011     BAKER & HOSTETLER LLP
PETER W. JAMES


By: _____/s/ Peter W. James_____
                Peter W. James

Attorneys for Plaintiffs
ALL AMERICAN SEMICONDUCTOR, INC. and JACO ELECTRONICS, INC.


DATED: February 11, 2011     LINDQUIST & VENNUM P.L.L.P.
JAMES P. McCARTHY

JAMES M. LOCKHART


By: _____/s/ James P. McCarthy_____
       James P. McCarthy

Attorneys for Plaintiffs
DRAM CLAIMS LIQUIDATION TRUST,
THROUGH ITS TRUSTEE, WILMINGTON TRUST FSB


## ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael Cecchini, hereby attest that concurrence in the filing of this Stipulation and [Proposed] Order to Postpone Case Management Conference has been obtained from Scott N. Wagner, Peter W. James, James M. Lockhart, and Howard M. Ullman that have provided conformed signatures above.

　　　　　　　　　　　　　　　　　　　_____/s/ Michael Cecchini_____
　　　　　　　　　　　　　　　　　　　　　　　Michael Cecchini

101021687_1.DOC

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Date: ___February 15_____, 2011

_____
Judge Phyllis J. Hamilton

IT IS SO ORDERED

# DECLARATION OF SERVICE

I, Michael Cecchini, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On February 11, 2011, I served the within:

**JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on February 11, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on February 11, 2011, at San Francisco, California.

                                          /s/ *Michael Cecchini*
                                          Michael Cecchini

101021687_1.DOC