Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Bilzin Sumberg Baena Price
   & Axelrod, LLP
1450 Brickell Ave., Suite 2300
Miami, FL  33131
Telephone:  305-374-7580
Facsimile: 305-374-7593
Email:  rturken@bilzin.com
           swagner@bilzin.com

Attorneys for Plaintiff
All American Semiconductor, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| All American Semiconductor, Inc.,<br><br>   Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>   Defendants. | Case No. 07-CV-1200-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MICRON TECHNOLOGY INC. AND MICRON SEMICONDUCTOR, INC. PURSUANT TO RULE 41(a)(1)(A)(ii) [AND ~~PROPOSED~~ ORDER]** |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the parties in this matter, All American Semiconductor, Inc., plaintiff, and Micron Technology Inc. and Micron Semiconductor, Inc., defendants, hereby stipulate that the action be dismissed in its entirety with prejudice as to the Micron defendants.  All parties shall bear their own costs and attorney fees.

1
2
3  DATED:  July 15, 2011                          BILZIN SUMBERG BAENA PRICE
4                                                                    & AXELROD LLP
5                                                         By:  s/ Scott N. Wagner
                                                                    Robert W. Turken (*pro hac vice*)
6                                                                    Scott N. Wagner (*pro hac vice*)
7                                                         1450 Brickell Avenue, Suite 2300
                                                            Miami, FL  33131
8                                                         Telephone:  305-374-7580
                                                            Facsimile: 305-374-7593
9                                                         Email:  rturken@bilzin.com
                                                                              swagner@bilzin.com
10
11                                                      *Attorneys for Plaintiff*
                                                            *All American Semiconductor, Inc.*
12
13 DATED:  July 15, 2011                          GIBSON, DUNN & CRUTCHER
14                                                                   LLP
15
                                                            By:  s/ G. Charles Nierlich
16                                                                   Joel S. Sanders
                                                                    Mark A. Perry
17                                                                   G. Charles Nierlich
                                                            555 Mission Street, Suite 3000
18                                                         San Francisco, CA  94105
                                                            (415) 393-8200
19                                                         Email:  jsanders@gibsondunn.com
20                                                                              mperry@gibsondunn.com
                                                                              gnierlich@gibsondunn.com
21                                                      *Attorneys for Defendants*
                                                            *Micron Technology Inc. and Micron*
22                                                      *Semiconductor, Inc.*
23
24                                    **ATTESTATION OF FILING**
25          Pursuant to General Order 45, Section X (B), I hereby attest that I have obtained
26  concurrence in the filing of this document from the parties listed above.
27                                                                    /s/  Scott N. Wagner
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 7/15/11



Hon. Phyllis J. Hamilton
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July <u>15</u>, 2011 I electronically filed the foregoing Stipulation via CMF/ECF on all interested parties registered for e-filing in this case. I also certify that a true and correct copy of the foregoing is being served by U.S. Mail on the following parties:

PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>/s/  Scott N. Wagner</u>
Scott N. Wagner

**SERVICE LIST**

| | |
|---|---|
| Joel S. Sanders, Esq.<br>G.Charles Nierlich, III<br>Gibson, Dunn & Crutcher LLP<br>One Montgomery Street, Suite 1300<br>San Francisco, CA 94104<br>Telephone:    (415) 393-8200<br>Facsimile:    (415) 374-8439 | Attorneys for Defendants<br>Micron Technology, Inc. and Micron<br>Semiconductor Products, Inc. |
| Robert E. Freitas, Esq.<br>Nail Benjamin, Esq.<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone:    (650) 614-7400<br>Facsimile:    (650) 614-7402 | Attorneys for Defendants<br>Nanya Technology Corporation USA and<br>Nanya Technology Corporation |
| Howard M. Ullman, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:    (415) 773-5700/5652<br>Facsimile:    (415) 773-5759 | Attorneys for Defendant<br>Nanya Technology Corporation |

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICRON DEFENDANTS
Case No. 07-CV-1200-PJH