PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:     310.820.8800
Facsimile:      310.820.8859
Email:          pjames@bakerlaw.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

ROBERT W. TURKEN (*pro hac vice*)
SCOTT N. WAGNER (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE
        & AXELROD LLP
1450 Brickell Avenue
Suite 2300
Miami, FL  33131
Telephone:     305.374.7580
Facsimile:      305.374.7593
Email:          rturken@bilzin.com
                swagner@bilzin.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., | CASE NO. 07-cv-1200 (PJH) |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |
| HYNIX SEMICONDUCTOR, INC., *et al.* | |
| Defendants. | |

1    Plaintiff All American Semiconductor, Inc. and Defendants Nanya Technology Corp. and

2  Nanya Technology Corp. USA (collectively, "Nanya") hereby stipulate as follows:

3    WHEREAS, counsel for Plaintiff and Nanya are engaged in settlement discussions regarding

4  the resolution of this case; and

5    WHEREAS, due to the progress between Plaintiff and Nanya in their settlement discussions,

6  the Case Management Conference currently scheduled for Thursday, July 28, 2011 at 2:00 p.m.

7  should be postponed;

8    IT IS HEREBY STIPULATED by and between Plaintiff and Nanya that the Court should

9  postpone the Case Management Conference currently scheduled for July 28, 2011 at 2:00 p.m. until

10  Thursday, September 15, 2011 at 2:00 p.m.

11    IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

12

13  DATED:  July 21, 2011                      BILZIN SUMBERG BAENA PRICE & AXELROD
                                                           LLP
14                                                         ROBERT W. TURKEN
                                                           SCOTT N. WAGNER

15

16                                                 By: _____ /s/ Scott N. Wagner _____
                                                                        Scott N. Wagner
17
                                                   Attorneys for Plaintiffs
18                                                 ALL AMERICAN SEMICONDUCTOR, INC.

19

20  DATED:  July 21, 2011                      ORRICK HARRINGTON & SUTCLIFFE LLP
                                                           ROBERT E. FREITAS
21                                                         HOWARD ULLMAN

22                                                 By:_____ /s/ Howard M. Ullman _____
                                                                        Howard M. Ullman
23
                                                   Attorneys for Defendants
24                                                 NANYA TECHNOLOGY CORPORATION USA AND
                                                   NANYA TECHNOLOGY CORPORATION
25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

_/s/ Scott N. Wagner_
Scott N. Wagner

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

1

## [PROPOSED] ORDER

2

3        IT IS SO ORDERED.

4   Date: ___July 22_____, 2011

5

6

7                                          United S_____ _____ Judge



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

1

## CERTIFICATE OF SERVICE

2

3        I HEREBY CERTIFY that on July 21, 2011 I electronically filed the foregoing Stipulation via

4   CMF/ECF on all interested parties registered for e-filing in this case.  I also certify that a true and

5   correct copy of the foregoing is being served by U.S. Mail on the following parties:

6                          PLEASE SEE ATTACHED SERVICE LIST

7        I declare under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.

9

10

11                                        /s/  Scott N. Wagner
                                          Scott N. Wagner

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

1

## SERVICE LIST

2

Howard M. Ullman, Esq.                    Attorneys for Defendants
3    Orrick, Herrington & Sutcliffe LLP        Nanya Technology Corporation USA and
The Orrick Building                        Nanya Technology Corporation
4    405 Howard Street
San Francisco, CA 94105
5    Telephone:    (415) 773-5700/5652
Facsimile:    (415) 773-5759
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE