PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        pjames@bakerlaw.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

ROBERT W. TURKEN (*pro hac vice*)
SCOTT N. WAGNER (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE
      & AXELROD LLP
1450 Brickell Avenue
Suite 2300
Miami, FL  33131
Telephone:    305.374.7580
Facsimile:    305.374.7593
Email:        rturken@bilzin.com
              swagner@bilzin.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., *et al.* <br><br> Defendants. | CASE NO. 07-cv-1200 (PJH) <br><br> **JOINT STIPULATION AND [P**~~ROPOSED~~**] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

Plaintiff All American Semiconductor, Inc. and Defendants Nanya Technology Corp. and Nanya Technology Corp. USA (collectively, "Nanya") hereby stipulate as follows:

WHEREAS, counsel for Plaintiff and Nanya are engaged in settlement discussions regarding the resolution of this case;

WHEREAS, Plaintiff and Nanya have engaged the services of a mediator, Barbara Reeves Neal, Esq. of JAMS, to assist them in their efforts to resolve the case and are in the process of mediating the case with Ms. Reeves Neal; and

WHEREAS, due to the progress between Plaintiff and Nanya in their settlement discussions, the Case Management Conference currently scheduled for Thursday, September 15, 2011 at 2:00 p.m. should be postponed;

IT IS HEREBY STIPULATED by and between Plaintiff and Nanya that the Court should postpone the Case Management Conference currently scheduled for September 15, 2011 at 2:00 p.m. until Thursday, October 13, 2011 at 2:00 p.m.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED: September 8, 2011            BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                    ROBERT W. TURKEN
                                    SCOTT N. WAGNER


                                    By:      /s/ Scott N. Wagner
                                                Scott N. Wagner

                                    Attorneys for Plaintiffs
                                    ALL AMERICAN SEMICONDUCTOR, INC.

DATED: September 8, 2011            ORRICK HARRINGTON & SUTCLIFFE LLP
                                    HOWARD ULLMAN


                                    By:      /s/ Howard M. Ullman
                                                Howard M. Ullman

                                    Attorneys for Defendants
                                    NANYA TECHNOLOGY CORPORATION USA AND
                                    NANYA TECHNOLOGY CORPORATION

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

                                        */s/ Scott N. Wagner*
                                         Scott N. Wagner

# [PROPOSED] ORDER

IT IS SO ORDERED.

Date: ___September 9_____, 2011



_____
Judge Phyllis J. Hamilton

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2011 I electronically filed the foregoing Stipulation via CMF/ECF on all interested parties registered for e-filing in this case. I also certify that a true and correct copy of the foregoing is being served by U.S. Mail on the following parties:

PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Scott N. Wagner*
Scott N. Wagner

**SERVICE LIST**

| | |
|---|---|
| Howard M. Ullman, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:   (415) 773-5700/5652<br>Facsimile:    (415) 773-5759 | Attorneys for Defendants<br>Nanya Technology Corporation USA and<br>Nanya Technology Corporation |

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE