PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        pjames@bakerlaw.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

ROBERT W. TURKEN (*pro hac vice*)
SCOTT N. WAGNER (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE
        & AXELROD LLP
1450 Brickell Avenue
Suite 2300
Miami, FL  33131
Telephone:    305.374.7580
Facsimile:    305.374.7593
Email:        rturken@bilzin.com
              swagner@bilzin.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

[*Additional counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al.*<br><br>Defendants. | CASE NO. 07-cv-1200 (PJH)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

---

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

Plaintiff All American Semiconductor, Inc. and Defendants Nanya Technology Corp. and Nanya Technology Corp. USA (collectively, "Nanya") hereby stipulate as follows:

WHEREAS, counsel for Plaintiff and Nanya are continuing settlement discussions regarding the resolution of this case;

WHEREAS, Plaintiff and Nanya have been working with a mediator, Barbara Reeves Neal, Esq. of JAMS, to assist them in their efforts to resolve the case; and

WHEREAS, due to the progress between Plaintiff and Nanya in their settlement discussions, the Case Management Conference currently scheduled for Thursday, October 13, 2011 at 2:00 p.m. should be postponed;

IT IS HEREBY STIPULATED by and between Plaintiff and Nanya that the Court should postpone the Case Management Conference currently scheduled for October 13, 2011 at 2:00 p.m. until Thursday, December 15, 2011 at 2:00 p.m.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED: October 6, 2011         BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                               ROBERT W. TURKEN
                               SCOTT N. WAGNER


                               By:      */s/ Scott N. Wagner*
                                           Scott N. Wagner

                               Attorneys for Plaintiffs
                               ALL AMERICAN SEMICONDUCTOR, INC.

DATED: October 6, 2011         ORRICK HARRINGTON & SUTCLIFFE LLP
                               HOWARD ULLMAN


                               By:      */s/ Howard M. Ullman*
                                           Howard M. Ullman

                               Attorneys for Defendants
                               NANYA TECHNOLOGY CORPORATION USA AND
                               NANYA TECHNOLOGY CORPORATION

2
JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

                                           */s/ Scott N. Wagner*
                                                   Scott N. Wagner

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Date: __October 7_____, 2011



_____ Judge

Judge Phyllis J. Hamilton

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2011 I electronically filed the foregoing Stipulation via CMF/ECF on all interested parties registered for e-filing in this case. I also certify that a true and correct copy of the foregoing is being served by U.S. Mail on the following parties:

PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Scott N. Wagner*
Scott N. Wagner

**SERVICE LIST**

| | |
|---|---|
| Howard M. Ullman, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:   (415) 773-5700/5652<br>Facsimile:    (415) 773-5759 | Attorneys for Defendants<br>Nanya Technology Corporation USA and<br>Nanya Technology Corporation |

JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE