PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: pjames@bakerlaw.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

ROBERT W. TURKEN (*pro hac vice*)
SCOTT N. WAGNER (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE
    & AXELROD LLP
1450 Brickell Avenue
Suite 2300
Miami, FL 33131
Telephone: 305.374.7580
Facsimile: 305.374.7593
Email: rturken@bilzin.com
       swagner@bilzin.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., *et al.* <br><br> Defendants. | CASE NO. 07-cv-1200 (PJH) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CANCEL CASE MANAGEMENT CONFERENCE** |

JOINT STIPULATION AND [PROPOSED] ORDER TO CANCEL CASE MANAGEMENT CONFERENCE

Plaintiff All American Semiconductor, Inc. and Defendants Nanya Technology Corp. and Nanya Technology Corp. USA (collectively, "Nanya") hereby stipulate as follows:

WHEREAS, the remaining parties in this litigation have reached a settlement in principle resolving this case;

WHEREAS, Plaintiff and Nanya expect to file a stipulation of dismissal as to Nanya within the next 45 days; and

WHEREAS, due to the forthcoming dismissal of this action as to Nanya, the Case Management Conference currently scheduled for Thursday, December 15, 2011 at 2:00 p.m. is no longer necessary;

IT IS HEREBY STIPULATED by and between Plaintiff and Nanya that the Court should cancel the Case Management Conference currently scheduled for December 15, 2011 at 2:00 p.m.; and

IT IS HEREBY FURTHER STIPULATED by and between Plaintiff and Nanya that should a stipulation of dismissal of this action as to Nanya not be filed within the next 45 days, Plaintiff and Nanya shall so advise the Court and provide an explanation as to the status of settlement negotiations, and shall make any additional requests of the Court as appropriate at that time.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED:  December 7, 2011          BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                  ROBERT W. TURKEN
                                  SCOTT N. WAGNER


                                  By:  _____/s/ Scott N. Wagner_____
                                              Scott N. Wagner

                                  Attorneys for Plaintiff
                                  ALL AMERICAN SEMICONDUCTOR, INC.

DATED: December 7, 2011

ORRICK HARRINGTON & SUTCLIFFE LLP
HOWARD ULLMAN

By: _____*/s/ Howard M. Ullman*_____
      Howard M. Ullman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION USA AND
NANYA TECHNOLOGY CORPORATION

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

*/s/ Scott N. Wagner*
Scott N. Wagner

---

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Date: __December 12_____, 2011

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2011 I electronically filed the foregoing Stipulation via CMF/ECF on all interested parties registered for e-filing in this case. I also certify that a true and correct copy of the foregoing is being served by U.S. Mail on the following parties:

PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Scott N. Wagner*
Scott N. Wagner

## SERVICE LIST

| | |
|---|---|
| Howard M. Ullman, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:   (415) 773-5700/5652<br>Facsimile:    (415) 773-5759 | Attorneys for Defendants<br>Nanya Technology Corporation USA and<br>Nanya Technology Corporation |

JOINT STIPULATION AND [PROPOSED] ORDER TO CANCEL CASE MANAGEMENT CONFERENCE