PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:     310.820.8800
Facsimile:      310.820.8859
Email:           pjames@bakerlaw.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

ROBERT W. TURKEN (*pro hac vice*)
SCOTT N. WAGNER (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE
       & AXELROD LLP
1450 Brickell Avenue
Suite 2300
Miami, FL  33131
Telephone:     305.374.7580
Facsimile:      305.374.7593
Email:           rturken@bilzin.com
                    swagner@bilzin.com

Attorneys for Plaintiff
ALL AMERICAN SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HYNIX SEMICONDUCTOR, INC., a Korean corporation, et al.,<br><br>　　　　　　Defendants. | Case No.  C-07-01200 PJH<br><br>**Assigned for all purposes to the Honorable Phyllis J. Hamilton**<br><br>**JOINT NOTICE AND STIPULATION CONCERNING STATUS OF SETTLEMENT NEGOTIATIONS** |

Plaintiff All American Semiconductor, Inc. and Defendants Nanya Technology Corp. and Nanya Technology Corp. USA (collectively, "Nanya"), in accordance with the Joint Stipulation and Order to Cancel Case Management Conference entered on December 12, 2011 (Dkt. 389), hereby notify the Court and stipulate that Plaintiff and Nanya have substantially completed settlement negotiations and expect to file a stipulation of dismissal on or before February 27, 2012.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 23, 2012                         BILZIN SUMBERG BAENA
                                                PRICE & AXELROD LLP

                                                By:     /s/Scott N. Wagner
                                                        Scott N. Wagner

                                                *Counsel for All American Semiconductor, Inc.*

Dated: January 23, 2012                         ORRICK, HERRINGTON &
                                                SUTCLIFFE LLP

                                                By:     /s/ Howard M. Ullman
                                                        Howard M. Ullman

                                                *Counsel for Nanya Technology Corporation USA and Nanya Technology Corporation*

1
2
3
4
5       **ATTESTATION OF FILING**
6       Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence
7  in the filing of this document from the parties listed above.
8
9
                                        /s/ Scott N. Wagner
10                                        Scott N. Wagner
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5        **[PROPOSED] ORDER**

6        PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

7
8   Dated:  1/24/12



9
10
11
...
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2012 I electronically filed the foregoing Stipulation via CMF/ECF on all interested parties registered for e-filing in this case. I also certify that a true and correct copy of the foregoing is being served by U.S. Mail on the following parties:

PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      /s/ Scott N. Wagner
      Scott N. Wagner

## SERVICE LIST

| | |
|---|---|
| Howard M. Ullman, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:   (415) 773-5700/5652<br>Facsimile:    (415) 773-5759 | Attorneys for Defendants<br>Nanya Technology Corporation USA and<br>Nanya Technology Corporation |